96-753

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) :

This Document Relates To: Rutland Fire Clay Co. Bankrupt Defendant — CIVIL ACTION NO. MDL 875

ALL ACTIONS (See attached schedule for case list)

MLB-1

FILED ENTERED LODGED RECEIVED
NOV - 8 2000
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY

**ORDER OF DISMISSAL**

DEFENDANT, Rutland Fire Clay Co. having declared bankruptcy during the pendency of the asbestos products liability litigation, and having numerous pending actions against it in MDL 875, IS HEREBY DISMISSED, WITHOUT PREJUDICE, from all pending MDL 875 actions; the applicable statutes of limitations ARE TOLLED, and the plaintiffs are entitled to request reinstatement from this Court at a further date should circumstances so warrant.

BY THE COURT

8

Date: 11/3/2000

Charles R. Weiner, Judge

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 11/03/00
ATTEST: Nicole Liccarello
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Party Rutland Fire Clay Co. is named in the following 1506 action(s).

875-CT-3-94-951; 875-CT-3-95-255; 875-CT-3-97-2503; 875-FLM-2-92-390; 875-FLM-3-94-750; 875-GAS-1-92-166;
875-GAS-4-94-316; 875-IAN-1-95-153; 875-IAS-4-96-80425; 875-ILC-1-96-1139; 875-ILC-1-96-1140; 875-ILC-1-96-1154;
875-ILC-1-97-1457; 875-ILC-1-98-1183; 875-ILC-1-98-1184; 875-ILC-1-98-1186; 875-ILC-1-98-1273; 875-ILC-1-98-1344;
875-ILC-1-98-1346; 875-ILC-1-99-1112; 875-ILC-1-99-1204; 875-ILC-1-99-1257; 875-ILC-1-99-1259; 875-ILC-1-99-1263;
875-ILC-1-99-1288; 875-ILC-1-99-1289; 875-ILC-1-99-1290; 875-ILC-1-99-1291; 875-ILC-1-99-1292; 875-ILC-1-99-1293;
875-ILC-1-99-1294; 875-ILC-1-99-1295; 875-ILC-1-99-1299; 875-ILC-2-95-2207; 875-ILC-2-98-2190; 875-ILC-2-98-2210;
875-ILC-2-98-2211; 875-ILC-2-98-2212; 875-ILC-2-98-2217; 875-ILC-2-98-2218; 875-ILC-2-98-2251; 875-ILC-2-99-2151;
875-ILC-2-99-2178; 875-ILC-2-99-2184; 875-ILC-2-99-2206; 875-ILC-2-99-2207; 875-ILC-2-99-2208; 875-ILC-2-99-2209;
875-ILC-2-99-2213; 875-ILC-2-99-2214; 875-ILC-3-97-3252; 875-ILC-3-99-3152; 875-ILC-3-99-3153; 875-ILC-3-99-3158;
875-ILC-3-99-3227; 875-ILC-4-96-4030; 875-ILC-4-96-4032; 875-ILC-4-98-4063; 875-ILC-4-98-4086; 875-ILC-4-98-4087;
875-ILC-4-99-4077; 875-ILC-4-99-4085; 875-ILN-1-94-3826; 875-ILN-1-96-1308; 875-ILN-1-96-1311; 875-ILN-1-96-1313;
875-ILN-1-96-1591; 875-ILN-1-97-1493; 875-ILN-1-98-2734; 875-ILN-1-98-3690; 875-ILN-1-98-4627; 875-ILN-1-98-4628;
875-ILN-1-98-4775; 875-ILN-1-98-4776; 875-ILN-1-98-4777; 875-ILN-1-98-5237; 875-ILN-1-98-5239; 875-ILN-1-98-5240;
875-ILN-1-98-5242; 875-ILN-1-98-5245; 875-ILN-1-98-6120; 875-ILN-1-98-6121; 875-ILN-1-98-6122; 875-ILN-1-98-6123;
875-ILN-1-98-6275; 875-ILN-1-98-6517; 875-ILN-1-98-6518; 875-ILN-1-98-6520; 875-ILN-1-99-4315; 875-ILN-1-99-4322;
875-ILN-1-99-4328; 875-ILN-1-99-4330; 875-ILN-1-99-4331; 875-ILN-1-99-4333; 875-ILN-1-99-4335; 875-ILN-1-99-4336;
875-ILN-1-99-4337; 875-ILN-1-99-4338; 875-ILN-1-99-4339; 875-ILN-1-99-4340; 875-ILN-1-99-4343; 875-ILN-1-99-4344;
875-ILN-1-99-4346; 875-ILN-1-99-4347; 875-ILN-1-99-4348; 875-ILN-1-99-4350; 875-ILN-1-99-4351; 875-ILN-1-99-4758;
875-ILN-1-99-5029; 875-ILN-1-99-5238; 875-ILN-1-99-5240; 875-ILN-1-99-5290; 875-ILN-1-99-5322; 875-ILN-1-99-5417;
875-ILN-1-99-5882; 875-ILN-1-99-5919; 875-ILN-1-99-5920; 875-ILN-1-99-5922; 875-ILN-1-99-5923; 875-ILN-1-99-5927;
875-ILN-1-99-5936; 875-ILN-1-99-5937; 875-ILN-1-99-5938; 875-ILN-1-99-5939; 875-ILN-1-99-5940; 875-ILN-1-99-5942;
875-ILN-1-99-5946; 875-ILN-1-99-5948; 875-ILN-1-99-5951; 875-ILN-1-99-5952; 875-ILN-1-99-5958; 875-ILN-1-99-5961;
875-ILN-1-99-5962; 875-ILN-1-99-5965; 875-ILN-1-99-5966; 875-ILN-1-99-6008; 875-ILN-1-99-6009; 875-ILN-1-99-6010;
875-ILN-1-99-6016; 875-ILN-1-99-6018; 875-ILN-1-99-6019; 875-ILN-1-99-6023; 875-ILN-1-99-6024; 875-ILN-1-99-6032;
875-ILN-1-99-6036; 875-ILN-1-99-6037; 875-ILN-1-99-6038; 875-ILN-1-99-6039; 875-ILN-1-99-6040; 875-ILN-1-99-6042;
875-ILN-1-99-6043; 875-ILN-1-99-6044; 875-ILN-1-99-6528; 875-ILN-1-99-8399; 875-ILN-1-99-8400; 875-ILN-1-99-8401;
875-ILN-1-99-8405; 875-ILN-1-99-8406; 875-ILN-2-2000-103; 875-ILN-3-97-50129; 875-ILN-3-97-50214; 875-ILN-3-99-50211;
875-ILN-3-99-50294; 875-ILN-3-99-50295; 875-ILN-3-99-50296; 875-ILS-3-96-201; 875-ILS-3-96-234; 875-ILS-3-96-235;
875-ILS-3-96-236; 875-ILS-3-96-237; 875-ILS-3-97-498; 875-ILS-3-97-499; 875-ILS-3-97-887; 875-ILS-3-98-555;
875-ILS-3-99-459; 875-ILS-3-99-460; 875-ILS-3-99-461; 875-ILS-3-99-462; 875-ILS-3-99-463; 875-ILS-3-99-464;
875-ILS-3-99-465; 875-ILS-3-99-466; 875-ILS-3-99-467; 875-ILS-3-99-653; 875-ILS-3-99-654; 875-ILS-3-99-655;
875-ILS-3-99-656; 875-ILS-3-99-657; 875-ILS-3-99-658; 875-ILS-3-99-659; 875-ILS-3-99-660; 875-ILS-3-99-661;
875-ILS-3-99-662; 875-ILS-3-99-663; 875-ILS-3-99-675; 875-ILS-3-99-676; 875-ILS-3-99-677; 875-ILS-4-96-4014;
875-ILS-4-96-4089; 875-ILS-4-96-4090; 875-ILS-4-96-4091; 875-ILS-4-96-4106; 875-ILS-4-96-4290; 875-ILS-4-97-4068;
875-ILS-4-97-4069; 875-ILS-4-97-4073; 875-ILS-4-97-4103; 875-ILS-4-97-4104; 875-ILS-4-97-4190; 875-ILS-4-97-4199;
875-ILS-4-97-4200; 875-ILS-4-97-4201; 875-ILS-4-97-4202; 875-ILS-4-97-4203; 875-ILS-4-97-4205; 875-ILS-4-97-4206;
875-ILS-4-97-4207; 875-ILS-4-97-4208; 875-ILS-4-97-4209; 875-ILS-4-97-4210; 875-ILS-4-97-4211; 875-ILS-4-97-4212;
875-ILS-4-97-4213; 875-ILS-4-97-4214; 875-ILS-4-97-4215; 875-ILS-4-97-4216; 875-ILS-4-97-4217; 875-ILS-4-97-4218;
875-ILS-4-97-4219; 875-ILS-4-97-4237; 875-ILS-4-97-4240; 875-ILS-4-97-4344; 875-ILS-4-97-4345; 875-ILS-4-98-4125;
875-ILS-4-98-4126; 875-ILS-4-98-4199; 875-ILS-4-98-4200; 875-ILS-4-98-4241; 875-ILS-4-98-4276; 875-ILS-4-98-4277;
875-ILS-4-98-4309; 875-ILS-4-99-4136; 875-ILS-4-99-4137; 875-ILS-4-99-4138; 875-ILS-4-99-4140; 875-ILS-4-99-4182;
875-ILS-4-99-4202; 875-ILS-4-99-4203; 875-ILS-4-99-4204; 875-ILS-4-99-4205; 875-INN-1-97-150; 875-INN-1-97-223;
875-INN-1-99-274; 875-INN-2-95-227; 875-INN-2-95-228; 875-INN-2-96-62; 875-INN-2-96-63; 875-INN-2-96-64;
875-INN-2-96-246; 875-INN-2-96-586; 875-INN-2-97-39; 875-INN-2-97-62; 875-INN-2-97-100; 875-INN-2-97-101;
875-INN-2-97-102 875-INN-2-97-114; 875-INN-2-97-115; 875-INN-2-97-156; 875-INN-2-97-242; 875-INN-2-97-249;
875-INN-2-97-325, 875-INN-2-98-24; 875-INN-2-98-95; 875-INN-2-98-527; 875-INN-2-98-528; 875-INN-2-99-76;
875-INN-2-99-171, 875-INN-2-99-197; 875-INN-2-99-228; 875-INN-2-99-232; 875-INN-2-99-238; 875-INN-2-99-246;
875-INN-2-99-247, 875-INN-2-99-248; 875-INN-2-99-288; 875-INN-2-99-291; 875-INN-2-99-293; 875-INN-2-99-294;
875-INN-2-99-295; 875-INN-2-99-296; 875-INN-2-99-297; 875-INN-2-99-298; 875-INN-2-99-299; 875-INN-2-99-300;
875-INN-2-99-301; 875-INN-2-99-302; 875-INN-2-99-303; 875-INN-2-99-304; 875-INN-2-99-305; 875-INN-2-99-306;
875-INN-2-99-307; 875-INN-2-99-308; 875-INN-2-99-309; 875-INN-2-99-310; 875-INN-2-99-311; 875-INN-2-99-312;
875-INN-2-99-313; 875-INN-2-99-322; 875-INN-2-99-323; 875-INN-2-99-328; 875-INN-2-99-329; 875-INN-2-99-363;
875-INN-2-99-364; 875-INN-2-99-365; 875-INN-2-99-366, 875-INN-2-99-367; 875-INN-2-99-368; 875-INN-2-99-369;
875-INN-2-99-370; 875-INN-2-99-372; 875-INN-2-99-373; 875-INN-2-99-374; 875-INN-2-99-375; 875-INN-2-99-376;
875-INN-2-99-377; 875-INN-2-99-378; 875-INN-2-99-379, 875-INN-2-99-381; 875-INN-2-99-382; 875-INN-2-99-383;
875-INN-2-99-384; 875-INN-2-99-385; 875-INN-2-99-386; 875-INN-2-99-387; 875-INN-2-99-388; 875-INN-2-99-389;
875-INN-2-99-391; 875-INN-2-99-392; 875-INN-2-99-393, 875-INN-2-99-394; 875-INN-2-99-395; 875-INN-2-99-396;
875-INN-2-99-397; 875-INN-2-99-399; 875-INN-2-99-400, 875-INN-2-99-402; 875-INN-2-99-403; 875-INN-2-99-405;
875-INN-2-99-406; 875-INN-2-99-407; 875-INN-2-99-408, 875-INN-2-99-417; 875-INN-3-97-277; 875-INN-3-97-313;
875-INN-3-98-190; 875-INN-3-99-509; 875-INN-3-99-510, 875-INN-3-99-511; 875-INN-3-99-512; 875-INN-4-97-40;
875-INN-4-99-45; 875-INN-4-99-46; 875-INN-4-99-57; 875-INN-4-99-58; 875-INN-4-99-59; 875-INN-4-99-71;
875-INS-1-90-322; 875-INS-1-90-323; 875-INS-1-90-1384; 875-INS-1-90-1393; 875-INS-1-91-438; 875-INS-1-91-507;
875-INS-1-91-711; 875-INS-1-91-715; 875-INS-1-91-793; 875-INS-1-92-292; 875-INS-1-92-434; 875-INS-1-92-435;
875-INS-1-92-783; 875-INS-1-92-938; 875-INS-1-93-1125; 875-INS-1-95-458; 875-INS-1-95-1501; 875-INS-1-96-1523;
875-INS-1-96-1525; 875-INS-1-96-1526; 875-INS-1-96-1527; 875-INS-1-96-1703; 875-INS-1-97-295; 875-INS-1-97-296;
875-INS-1-97-297; 875-INS-1-97-298; 875-INS-1-97-299; 875-INS-1-97-359; 875-INS-1-97-360; 875-INS-1-97-362;
875-INS-1-97-370; 875-INS-1-97-486; 875-INS-1-97-488; 875-INS-1-97-674; 875-INS-1-97-941; 875-INS-1-97-975;
875-INS-1-97-976; 875-INS-1-97-1012; 875-INS-1-97-1013; 875-INS-1-97-1014; 875-INS-1-97-1015; 875-INS-1-97-1016;
875-INS-1-97-1017; 875-INS-1-97-1018; 875-INS-1-97-1020; 875-INS-1-97-1021; 875-INS-1-97-1022; 875-INS-1-97-1023;
875-INS-1-97-1024; 875-INS-1-97-1025; 875-INS-1-97-1026; 875-INS-1-97-1068; 875-INS-1-97-1081; 875-INS-1-97-1740;
875-INS-1-97-1741; 875-INS-1-97-1742; 875-INS-1-97-1780; 875-INS-1-97-1861; 875-INS-1-97-2059; 875-INS-1-97-2060;
875-INS-1-98-129; 875-INS-1-98-174; 875-INS-1-98-383; 875-INS-1-98-426; 875-INS-1-98-467; 875-INS-1-98-469;
875-INS-1-98-791; 875-INS-1-98-792; 875-INS-1-98-793; 875-INS-1-98-1021; 875-INS-1-98-1152; 875-INS-1-98-1153;

(Rutland Fire Clay Co. Involvement Report Cont'd)

875-INS-1-98-1154; 875-INS-1-98-1155; 875-INS-1-98-1156; 875-INS-1-98-1157; 875-INS-1-98-1158; 875-INS-1-98-1159;
875-INS-1-98-1160; 875-INS-1-98-1289; 875-INS-1-98-1290; 875-INS-1-98-1291; 875-INS-1-98-1292; 875-INS-1-98-1329;
875-INS-1-98-1330; 875-INS-1-98-1331; 875-INS-1-99-381; 875-INS-1-99-432; 875-INS-1-99-464; 875-INS-1-99-995;
875-INS-1-99-996; 875-INS-1-99-1265; 875-INS-1-99-1266; 875-INS-1-99-1392; 875-INS-1-99-1393; 875-INS-1-99-1394;
875-INS-1-99-1395; 875-INS-1-99-1398; 875-INS-1-99-1401; 875-INS-1-99-1402; 875-INS-2-96-285; 875-INS-2-96-286;
875-INS-2-96-287; 875-INS-2-96-288; 875-INS-2-96-289; 875-INS-2-96-290; 875-INS-2-96-291; 875-INS-2-96-292;
875-INS-2-96-294; 875-INS-2-96-295; 875-INS-2-96-309; 875-INS-2-97-26; 875-INS-2-97-27; 875-INS-2-97-28;
875-INS-2-97-29. 875-INS-2-97-30; 875-INS-2-97-38; 875-INS-2-97-76; 875-INS-2-97-77; 875-INS-2-97-78;
875-INS-2-97-79. 875-INS-2-97-80; 875-INS-2-97-81; 875-INS-2-97-82; 875-INS-2-97-83; 875-INS-2-97-84;
875-INS-2-97-85. 875-INS-2-97-86; 875-INS-2-97-87; 875-INS-2-97-130; 875-INS-2-97-171; 875-INS-2-97-172;
875-INS-2-97-173; 875-INS-2-97-174; 875-INS-2-97-175; 875-INS-2-97-176; 875-INS-2-97-178; 875-INS-2-97-179;
875-INS-2-97-180; 875-INS-2-97-181; 875-INS-2-97-182; 875-INS-2-97-183; 875-INS-2-97-184; 875-INS-2-97-185;
875-INS-2-97-186; 875-INS-2-97-187; 875-INS-2-97-191; 875-INS-2-97-192; 875-INS-2-97-193; 875-INS-2-97-194;
875-INS-2-97-195; 875-INS-2-97-295; 875-INS-2-97-321; 875-INS-2-97-322; 875-INS-2-97-323; 875-INS-2-97-324;
875-INS-2-97-325; 875-INS-2-97-326; 875-INS-2-97-327; 875-INS-2-97-328; 875-INS-2-98-24; 875-INS-2-98-25;
875-INS-2-98-26; 875-INS-2-98-27; 875-INS-2-98-35; 875-INS-2-98-75; 875-INS-2-98-76; 875-INS-2-98-77;
875-INS-2-98-79; 875-INS-2-98-125; 875-INS-2-98-126; 875-INS-2-98-127; 875-INS-2-98-185; 875-INS-2-98-186;
875-INS-2-98-187; 875-INS-2-98-188; 875-INS-2-98-224; 875-INS-2-98-225; 875-INS-2-98-240; 875-INS-2-99-55;
875-INS-2-99-78; 875-INS-2-99-159; 875-INS-2-99-160; 875-INS-2-99-161; 875-INS-2-99-162; 875-INS-2-99-163;
875-INS-2-99-164; 875-INS-2-99-165; 875-INS-2-99-166; 875-INS-2-99-167; 875-INS-2-99-168; 875-INS-2-99-169;
875-INS-2-99-170; 875-INS-2-99-171; 875-INS-2-99-172; 875-INS-2-99-173; 875-INS-2-99-190; 875-INS-2-99-200;
875-INS-2-99-201; 875-INS-2-99-202; 875-INS-2-99-203; 875-INS-2-99-205; 875-INS-2-99-206; 875-INS-2-99-207;
875-INS-2-99-208; 875-INS-2-99-209; 875-INS-2-99-212; 875-INS-2-99-217; 875-INS-2-99-226; 875-INS-2-99-227;
875-INS-2-99-228; 875-INS-2-99-229; 875-INS-2-99-230; 875-INS-2-99-231; 875-INS-2-99-232; 875-INS-2-99-233;
875-INS-2-99-234; 875-INS-2-99-235; 875-INS-2-99-237; 875-INS-2-99-238; 875-INS-3-97-110; 875-INS-3-97-111;
875-INS-3-97-114; 875-INS-3-97-232; 875-INS-3-98-4; 875-INS-3-98-181; 875-INS-3-99-136; 875-INS-3-99-137;
875-INS-3-99-138; 875-INS-4-97-61; 875-INS-4-98-57; 875-INS-4-98-138; 875-INS-4-98-139; 875-INS-4-98-155;
875-INS-4-99-51; 875-INS-4-99-155; 875-INS-4-99-175; 875-KYE-0-89-119; 875-KYE-0-89-120; 875-KYE-0-89-122;
875-KYE-0-89-123; 875-KYE-0-89-124; 875-KYE-0-89-125; 875-KYE-0-89-126; 875-KYE-0-89-127; 875-KYE-0-89-128;
875-KYE-0-89-129; 875-KYE-0-89-130; 875-KYE-0-89-131; 875-KYE-0-89-132; 875-KYE-0-89-133; 875-KYE-0-89-134;
875-KYE-0-89-135; 875-KYE-0-89-136; 875-KYE-0-90-19; 875-KYE-0-92-64; 875-KYE-0-92-105; 875-KYE-0-92-106;
875-KYE-0-92-107; 875-KYE-0-96-213; 875-KYE-6-96-227; 875-KYW-5-99-27; 875-KYW-5-99-98; 875-MA-1-84-2422;
875-MA-1-91-13228; 875-MA-1-92-10062; 875-MA-1-92-10063; 875-MA-1-92-10064; 875-MA-1-93-10043; 875-MA-1-93-10138;
875-MA-1-93-10277; 875-MA-1-93-10371; 875-MA-1-93-10543; 875-MA-1-93-10895; 875-MA-1-93-10952; 875-MA-1-93-11105;
875-MA-1-93-12414; 875-MA-1-94-10283; 875-MA-1-94-12259; 875-MA-1-94-12339; 875-MA-1-95-10214; 875-MA-1-95-10216;
875-MA-1-95-10218; 875-MA-1-95-10711; 875-MA-1-96-11819; 875-MA-1-98-10123; 875-MD-1-96-753; 875-MD-1-96-1902;
875-MD-1-99-830; 875-ME-1-93-12; 875-ME-1-93-21; 875-ME-1-94-16; 875-ME-1-97-264; 875-ME-1-97-265;
875-ME-1-98-143; 875-ME-2-92-214; 875-ME-2-93-350; 875-ME-2-94-133; 875-ME-2-95-31; 875-MIE-2-90-73253;
875-MN-3-92-102; 875-MN-4-91-131; 875-MSS-1-99-164; 875-NCE-2-99-62; 875-NCE-4-94-5; 875-NCE-4-94-44;
875-NCE-4-94-55; 875-NCE-4-95-84; 875-NCE-4-95-134; 875-NCE-4-97-193; 875-NCE-4-97-194; 875-NCE-4-97-209;
875-NCE-4-97-220; 875-NCE-4-98-117; 875-NCE-4-98-148; 875-NCE-4-99-40; 875-NCE-4-99-41; 875-NCE-4-99-57;
875-NCE-4-99-170; 875-NCE-4-99-171; 875-NCE-5-94-540; 875-NCE-5-95-63; 875-NCE-5-95-426; 875-NCE-5-95-536;
875-NCE-5-95-1037; 875-NCE-5-97-763; 875-NCE-5-97-852; 875-NCE-5-97-975; 875-NCE-5-98-52; 875-NCE-5-98-111;
875-NCE-5-98-239. 875-NCE-5-98-659; 875-NCE-5-98-901; 875-NCE-5-98-902; 875-NCE-5-98-903; 875-NCE-5-98-928;
875-NCE-5-99-72; 875-NCE-5-99-74; 875-NCE-5-99-75; 875-NCE-5-99-86; 875-NCE-5-99-153; 875-NCE-5-99-207;
875-NCE-5-99-242; 875-NCE-5-99-263; 875-NCE-5-99-283; 875-NCE-5-99-335; 875-NCE-5-99-415; 875-NCE-5-99-518;
875-NCE-5-99-738; 875-NCE-5-99-743; 875-NCE-7-2000-45; 875-NCE-7-91-87; 875-NCE-7-92-120; 875-NCE-7-93-118;
875-NCE-7-94-45; 875-NCE-7-94-65; 875-NCE-7-94-86; 875-NCE-7-94-99; 875-NCE-7-95-59; 875-NCE-7-95-62;
875-NCE-7-95-81; 875-NCE-7-95-109; 875-NCE-7-95-129; 875-NCE-7-95-138; 875-NCE-7-96-6; 875-NCE-7-96-21;
875-NCE-7-96-24; 875-NCE-7-97-181; 875-NCE-7-97-189; 875-NCE-7-97-199; 875-NCE-7-97-218; 875-NCE-7-98-39;
875-NCE-7-98-139. 875-NCE-7-98-153; 875-NCE-7-98-163; 875-NCE-7-98-209; 875-NCE-7-98-223; 875-NCE-7-98-224;
875-NCE-7-98-230; 875-NCE-7-99-19; 875-NCE-7-99-20; 875-NCE-7-99-21; 875-NCE-7-99-22; 875-NCE-7-99-49;
875-NCE-7-99-62; 875-NCE-7-99-84; 875-NCE-7-99-100; 875-NCE-7-99-101; 875-NCE-7-99-102; 875-NCE-7-99-103;
875-NCE-7-99-143; 875-NCE-7-99-144; 875-NCE-7-99-155; 875-NCE-7-99-186; 875-NCE-7-99-187; 875-NCE-7-99-188;
875-NCE-7-99-191; 875-NCE-7-99-197; 875-NCM-1-95-534; 875-NCM-1-96-685; 875-NCM-1-97-1109; 875-NCM-1-98-595;
875-NCM-1-98-712; 875-NCM-1-99-81; 875-NCM-1-99-204; 875-NCM-1-99-247; 875-NCM-1-99-593; 875-NCM-1-99-649;
875-NCM-2-95-629; 875-NCM-2-96-443; 875-NCM-2-96-960; 875-NCW-1-94-81; 875-NCW-1-99-22; 875-NCW-1-99-63;
875-NCW-1-99-149; 875-NCW-1-99-181; 875-NCW-1-99-189; 875-NCW-1-99-193; 875-NCW-2-97-319; 875-NCW-3-95-292;
875-NCW-3-95-402; 875-NCW-3-98-394; 875-NCW-3-99-22; 875-NCW-3-99-136; 875-NCW-3-99-137; 875-NCW-3-99-140;
875-NCW-3-99-153; 875-NCW-3-99-168; 875-NCW-3-99-295; 875-NCW-4-96-103; 875-NCW-4-96-309; 875-NCW-5-98-29;
875-NCW-5-98-92; 875-NCW-5-99-9; 875-NCW-5-99-128; 875-ND-1-89-103; 875-ND-1-89-104; 875-ND-1-89-105;
875-ND-1-89-106; 875-ND-1-89-107; 875-ND-1-89-108; 875-ND-1-89-109; 875-ND-1-89-111; 875-ND-1-89-112;
875-ND-1-89-113; 875-ND-1-89-114; 875-ND-1-89-115; 875-ND-1-89-116; 875-ND-1-89-117; 875-ND-1-89-118;
875-ND-1-89-119; 875-ND-1-89-120; 875-ND-1-89-121; 875-ND-1-89-122; 875-ND-1-89-123; 875-ND-1-89-124;
875-ND-1-89-125; 875-ND-1-89-126; 875-ND-1-89-127; 875-ND-1-89-128; 875-ND-1-89-129; 875-ND-1-89-130;
875-ND-1-89-131; 875-ND-1-89-132; 875-ND-1-89-133; 875-ND-1-89-134; 875-ND-1-89-135; 875-ND-1-89-136;
875-ND-1-89-137; 875-ND-1-89-138; 875-ND-1-89-145; 875-ND-1-90-24; 875-ND-1-90-25; 875-ND-1-90-26;
875-ND-1-90-27; 875-ND-1-90-28; 875-ND-1-90-29; 875-ND-1-90-30; 875-ND-1-90-31; 875-ND-1-90-32;
875-ND-1-90-33; 875-ND-1-90-34; 875-ND-1-90-35; 875-ND-1-90-36; 875-ND-1-90-37; 875-ND-1-90-38;
875-ND-1-90-39; 875-ND-1-90-40; 875-ND-1-90-41; 875-ND-1-90-42; 875-ND-1-90-43; 875-ND-1-90-44;
875-ND-1-90-45; 875-ND-1-90-46; 875-ND-1-90-47; 875-ND-1-90-48; 875-ND-1-90-49; 875-ND-1-90-50;
875-ND-1-90-51; 875-ND-1-90-52; 875-ND-1-90-53; 875-ND-1-90-54; 875-ND-1-90-55; 875-ND-1-90-56;
875-ND-1-90-57; 875-ND-1-90-58; 875-ND-1-90-59; 875-ND-1-90-239; 875-ND-1-90-263; 875-ND-1-90-283;
875-ND-1-90-285; 875-ND-1-90-295; 875-ND-3-92-47; 875-ND-3-92-68; 875-ND-3-99-33; 875-ND-4-92-100;
875-NE-8-88-495; 875-NH-1-93-569; 875-NH-1-95-379; 875-NH-1-96-416; 875-NH-1-96-605; 875-NH-1-97-340;
875-NJ-2-91-2801; 875-NJ-2-91-5148; 875-NJ-2-91-5355; 875-NJ-2-92-2134; 875-NJ-2-92-2592; 875-NJ-3-91-5140;

(Rutland Fire Clay Co. Involvement Report Cont'd)

ääääääääääääääääääääääääääääääääääääääääääääääääääääääääääääääääääääääääääääääääääääääääääääääääääääääääääääääääääääääääääää

875-NJ-3-91-5521; 875-NJ-3-92-2629; 875-NJ-3-93-3172; 875-NM-1-98-724; 875-NM-6-98-123; 875-NV-2-99-1483;
875-NYN-1-88-1129; 875-NYN-1-89-618; 875-NYN-1-89-619; 875-NYN-1-89-620; 875-NYN-1-89-621; 875-NYN-1-89-622;
875-NYN-1-89-623; 875-NYN-1-89-1375; 875-NYN-1-89-1376; 875-NYN-1-89-1377; 875-NYN-1-89-1378; 875-NYN-1-89-1379;
875-NYN-1-89-1380; 875-NYN-1-89-1381; 875-NYN-1-89-1382; 875-NYN-1-89-1383; 875-NYN-1-90-184; 875-NYN-1-90-185;
875-NYN-1-90-186; 875-NYN-1-90-187; 875-NYN-1-90-188; 875-NYN-1-90-189; 875-NYN-1-90-190; 875-NYN-1-90-220;
875-NYN-1-90-230; 875-NYN-1-90-288; 875-NYN-1-90-381; 875-NYN-1-90-495; 875-NYN-1-90-515; 875-NYN-1-90-556;
875-NYN-1-90-712; 875-NYN-1-90-713; 875-NYN-1-90-714; 875-NYN-1-90-715; 875-NYN-1-90-716; 875-NYN-1-90-717;
875-NYN-1-90-718; 875-NYN-1-90-719; 875-NYN-1-90-720; 875-NYN-1-90-721; 875-NYN-1-90-722; 875-NYN-1-90-723;
875-NYN-1-90-724; 875-NYN-1-90-761; 875-NYN-1-90-928; 875-NYN-1-90-929; 875-NYN-1-90-1020; 875-NYN-1-90-1158;
875-NYN-1-90-1325; 875-NYN-1-90-1361; 875-NYN-1-91-62; 875-NYN-1-91-87; 875-NYN-1-91-431; 875-NYN-1-91-432;
875-NYN-1-91-433; 875-NYN-1-91-436; 875-NYN-1-91-1073; 875-NYN-1-91-1363; 875-NYN-1-91-1444; 875-NYN-1-92-181;
875-NYN-1-92-342; 875-NYN-1-92-853; 875-NYN-1-93-502; 875-NYN-1-93-503; 875-NYN-1-94-1446; 875-NYS-1-93-7052;
875-NYS-1-94-322; 875-NYS-1-94-323; 875-NYS-1-94-1379; 875-NYS-1-94-1626; 875-NYS-1-94-1890; 875-NYS-1-94-1891;
875-NYS-1-94-1892; 875-NYS-1-94-3015; 875-NYS-1-95-2977; 875-NYS-1-95-8535; 875-NYS-1-95-10248; 875-NYS-1-96-713;
875-NYS-1-96-5445; 875-NYS-1-96-7770; 875-NYS-1-97-331; 875-NYS-1-97-3981; 875-NYS-1-98-5109; 875-NYS-1-98-8751;
875-NYS-1-98-8887; 875-NYS-1-99-300; 875-NYS-1-99-3059; 875-NYS-1-99-3060; 875-NYS-1-99-4532; 875-NYS-1-99-8752;
875-OHN-1-95-12381; 875-OHN-1-95-12384; 875-OHN-1-95-12635; 875-PAW-2-96-1371; 875-PAW-2-96-1723; 875-PAW-2-97-421;
875-PAW-2-97-722; 875-PAW-2-98-836; 875-PAW-2-99-594; 875-PAW-2-99-1320; 875-PAW-2-99-1817; 875-RI-1-98-146;
875-RI-1-98-147; 875-RI-1-98-148; 875-RI-1-98-149; 875-RI-1-98-150; 875-RI-1-98-214; 875-RI-1-98-215;
875-RI-1-98-216; 875-RI-1-98-217; 875-RI-1-98-218; 875-RI-1-98-219; 875-RI-1-98-343; 875-RI-1-98-344;
875-RI-1-98-346; 875-RI-1-98-347; 875-RI-1-98-461; 875-RI-1-98-462; 875-RI-1-98-463; 875-RI-1-98-464;
875-RI-1-98-465; 875-RI-1-98-466; 875-RI-1-98-467; 875-RI-1-98-468; 875-RI-1-98-505; 875-RI-1-98-558;
875-RI-1-99-144; 875-RI-1-99-145; 875-RI-1-99-337; 875-RI-1-99-370; 875-RI-1-99-454; 875-RI-1-99-455;
875-RI-1-99-456; 875-RI-1-99-464; 875-RI-1-99-501; 875-RI-1-99-502; 875-RI-1-99-503; 875-RI-1-99-504;
875-RI-1-99-505; 875-RI-1-99-506; 875-RI-1-99-507; 875-RI-1-99-508; 875-RI-1-99-509; 875-RI-1-99-510;
875-RI-1-99-511; 875-RI-1-99-512; 875-RI-1-99-513; 875-RI-1-99-514; 875-RI-1-99-515; 875-RI-1-99-516;
875-RI-1-99-517; 875-RI-1-99-518; 875-RI-1-99-519; 875-RI-1-99-520; 875-VT-2-97-71; 875-WIE-2-95-497;
875-WIE-2-95-523; 875-WIE-2-96-270; 875-WIE-2-96-271; 875-WIE-2-96-272; 875-WIE-2-96-273; 875-WIE-2-96-274;
875-WIE-2-96-998; 875-WIE-2-96-999; 875-WIE-2-96-1226; 875-WIE-2-96-1341; 875-WIE-2-97-51; 875-WIE-2-97-249;
875-WIE-2-97-250; 875-WIE-2-97-288; 875-WIE-2-97-446; 875-WIE-2-97-447; 875-WIE-2-97-448; 875-WIE-2-97-449;
875-WIE-2-97-678; 875-WIE-2-97-1378; 875-WIE-2-98-105; 875-WIE-2-98-113; 875-WIE-2-98-320; 875-WIE-2-98-962;
875-WIE-2-98-963; 875-WIE-2-99-146; 875-WIE-2-99-201; 875-WIE-2-99-736; 875-WIE-2-99-737; 875-WIE-2-99-738;
875-WIE-2-99-739; 875-WIE-2-99-740; 875-WIE-2-99-741; 875-WIE-2-99-742; 875-WIE-2-99-743; 875-WIE-2-99-746;
875-WIE-2-99-754; 875-WIE-2-99-782; 875-WIE-2-99-783; 875-WIE-2-99-894; 875-WIE-2-99-912; 875-WIE-2-99-997;
875-WIE-2-99-998; 875-WIE-2-99-999; 875-WIE-2-99-1000; 875-WIE-2-99-1001; 875-WIE-2-99-1002; 875-WIE-2-99-1003;
875-WIE-2-99-1004; 875-WIE-2-99-1005; 875-WIE-2-99-1006; 875-WIE-2-99-1007; 875-WIE-2-99-1008; 875-WIE-2-99-1009;
875-WIE-2-99-1010; 875-WIE-2-99-1011; 875-WIE-2-99-1012; 875-WIE-2-99-1013; 875-WIE-2-99-1014; 875-WIE-2-99-1015;
875-WIE-2-99-1016; 875-WIE-2-99-1017; 875-WIE-2-99-1018; 875-WIE-2-99-1019; 875-WIE-2-99-1020; 875-WIE-2-99-1021;
875-WIE-2-99-1022; 875-WIE-2-99-1023; 875-WIE-2-99-1024; 875-WIE-2-99-1025; 875-WIE-2-99-1026; 875-WIE-2-99-1027;
875-WIE-2-99-1028; 875-WIE-2-99-1029; 875-WIE-2-99-1030; 875-WIE-2-99-1032; 875-WIE-2-99-1033; 875-WIE-2-99-1034;
875-WIE-2-99-1035; 875-WIE-2-99-1036; 875-WIE-2-99-1037; 875-WIE-2-99-1038; 875-WIE-2-99-1066; 875-WIE-2-99-1067;
875-WIE-2-99-1068; 875-WIE-2-99-1069; 875-WIE-2-99-1070; 875-WIE-2-99-1071; 875-WIE-2-99-1072; 875-WIE-2-99-1073;
875-WIE-2-99-1074; 875-WIE-2-99-1075; 875-WIE-2-99-1076; 875-WIE-2-99-1077; 875-WIE-2-99-1078; 875-WIE-2-99-1079;
875-WIE-2-99-1080; 875-WIE-2-99-1081; 875-WIE-2-99-1168; 875-WIE-2-99-1178; 875-WIE-2-99-1278; 875-WIE-2-99-1309;
875-WIW-3-95-331; 875-WIW-3-95-335; 875-WIW-3-96-221; 875-WIW-3-96-232; 875-WIW-3-96-751; 875-WIW-3-96-752;
875-WIW-3-96-839; 875-WIW-3-97-154; 875-WIW-3-97-193; 875-WIW-3-97-411; 875-WIW-3-97-412; 875-WIW-3-97-484;
875-WIW-3-98-237; 875-WIW-3-98-238; 875-WIW-3-98-239; 875-WIW-3-98-609; 875-WIW-3-98-693; 875-WIW-3-99-414;
875-WIW-3-99-415; 875-WIW-3-99-493; 875-WIW-3-99-494; 875-WIW-3-99-544; 875-WIW-3-99-545; 875-WIW-3-99-546;
875-WIW-3-99-547; 875-WIW-3-99-548; 875-WIW-3-99-549; 875-WIW-3-99-550; 875-WIW-3-99-551; 875-WIW-3-99-569;
875-WIW-3-99-585;

(875-CO-1-92-562) (875-CT-2-88-67) (875-GAM-5-96-311) (875-IAN-1-88-4103) (875-IAN-1-88-4104) (875-IAN-1-90-33)
(875-ILC-1-96-1110) (875-ILC-1-96-1111) (875-ILC-1-96-1112) (875-ILC-1-96-1113) (875-ILC-1-96-1135) (875-ILC-1-96-1136)
(875-ILC-1-96-1137) (875-ILC-1-96-1138) (875-ILC-1-96-1141) (875-ILC-1-96-1142) (875-ILC-1-96-1143) (875-ILC-1-96-1144)
(875-ILC-1-96-1145) (875-ILC-1-96-1146) (875-ILC-1-96-1147) (875-ILC-1-96-1148) (875-ILC-1-96-1149) (875-ILC-1-96-1150)
(875-ILC-1-96-1151) (875-ILC-1-96-1152) (875-ILC-1-96-1153) (875-ILC-1-96-1155) (875-ILC-1-96-1156) (875-ILC-1-96-1157)
(875-ILC-1-96-1323) (875-ILC-1-97-1018) (875-ILC-1-97-1019) (875-ILC-1-97-1128) (875-ILC-1-97-1170) (875-ILC-1-97-1238)
(875-ILC-1-97-1259) (875-ILC-1-97-1456) (875-ILC-1-98-1112) (875-ILC-1-98-1113) (875-ILC-1-98-1114) (875-ILC-1-98-1185)
(875-ILC-2-96-2009) (875-ILC-2-96-2045) (875-ILC-2-96-2047) (875-ILC-2-96-2061) (875-ILC-2-96-2062) (875-ILC-2-96-2063)
(875-ILC-2-96-2064) (875-ILC-2-96-2065) (875-ILC-2-96-2066) (875-ILC-2-96-2067) (875-ILC-2-96-2068) (875-ILC-2-96-2069)
(875-ILC-2-96-2070) (875-ILC-2-96-2071) (875-ILC-2-96-2072) (875-ILC-2-96-2073) (875-ILC-2-96-2074) (875-ILC-2-96-2075)
(875-ILC-2-97-2015) (875-ILC-2-97-2037) (875-ILC-2-97-2131) (875-ILC-2-97-2137) (875-ILC-2-97-2150) (875-ILC-2-97-2151)
(875-ILC-2-98-2092) (875-ILC-2-98-2133) (875-ILC-2-99-2140) (875-ILC-3-96-3091) (875-ILC-3-97-3026) (875-ILC-3-97-3251)
(875-ILC-3-97-3260) (875-ILC-3-97-3271) (875-ILC-3-97-3393) (875-ILC-3-98-3132) (875-ILC-3-98-3133) (875-ILC-4-96-4016)
(875-ILC-4-96-4019) (875-ILC-4-96-4020) (875-ILC-4-96-4021) (875-ILC-4-96-4022) (875-ILC-4-96-4023) (875-ILC-4-96-4024)
(875-ILC-4-96-4025) (875-ILC-4-96-4026) (875-ILC-4-96-4027) (875-ILC-4-96-4028) (875-ILC-4-96-4029) (875-ILC-4-96-4031)
(875-ILC-4-97-4006) (875-ILC-4-97-4042) (875-ILC-4-97-4043) (875-ILC-4-98-4059) (875-ILC-4-98-4060) (875-ILC-4-98-4061)
(875-ILN-1-96-151) (875-ILN-1-96-1305) (875-ILN-1-96-1306) (875-ILN-1-96-1307) (875-ILN-1-96-1309) (875-ILN-1-96-1310)
(875-ILN-1-96-1312) (875-ILN-1-96-1593) (875-ILN-1-96-1594) (875-ILN-1-96-6409) (875-ILN-1-96-7435) (875-ILN-1-96-7439)
(875-ILN-1-97-406) (875-ILN-1-97-585) (875-ILN-1-97-982) (875-ILN-1-97-1028) (875-ILN-1-97-1029) (875-ILN-1-97-1030)
(875-ILN-1-97-1490) (875-ILN-1-97-1492) (875-ILN-1-97-1493) (875-ILN-1-97-1494) (875-ILN-1-97-1495) (875-ILN-1-97-1685)
(875-ILN-1-97-2460) (875-ILN-1-97-2493) (875-ILN-1-97-2943) (875-ILN-1-97-3389) (875-ILN-1-97-4219) (875-ILN-1-97-4220)
(875-ILN-1-97-4628) (875-ILN-1-97-4629) (875-ILN-1-97-6978) (875-ILN-1-97-8979) (875-ILN-1-97-8980) (875-ILN-1-98-1438)
(875-ILN-1-98-1996) (875-ILN-1-98-1997) (875-ILN-1-98-1998) (875-ILN-3-96-50057) (875-ILN-3-96-50058) (875-ILN-3-96-50077)
(875-ILN-3-97-50028) (875-ILN-3-97-50050) (875-ILN-3-97-50058) (875-ILN-3-97-50129) (875-ILN-3-97-50219) (875-ILN-3-97-50236)
(875-ILN-3-98-50102) (875-ILN-3-98-50179) (875-ILS-3-97-598) (875-ILS-3-97-599) (875-ILS-3-97-769) (875-ILS-3-97-905)

(Rutland Fire Clay Co. Involvement Report Cont'd)

| | | | | | |
|---|---|---|---|---|---|
| {875-ILS-3-98-308} | {875-ILS-4-97-4105} | {875-KYE-0-89-121} | {875-KYE-0-89-202} | {875-MA-1-83-2160} | {875-MA-1-83-[illegible]} |
| {875-MA-1-83-2[illegible]0} | {875-MA-1-83-2186} | {875-MA-1-83-2290} | {875-MA-1-83-3196} | {875-MA-1-83-3645} | {875-MA-1-83-3811} |
| {875-MA-1-83-3840} | {875-MA-1-83-3895} | {875-MA-1-83-3979} | {875-MA-1-84-167} | {875-MA-1-[illegible]-168} | {875-MA-1-84-1600} |
| {875-MA-1-84-1602} | {875-MA-1-84-1688} | {875-MA-1-84-1690} | {875-MA-1-84-1692} | {875-MA-1-84-1693} | {875-MA-1-84-1933} |
| {875-MA-1-84-2403} | {875-MA-1-84-2423} | {875-MA-1-84-2424} | {875-MA-1-84-2435} | {875-MA-1-87-2750} | {875-MA-1-90-10786} |
| {875-MA-1-91-10985} | {875-MA-1-91-1118[illegible]} | {875-MA-1-91-11298} | {875-MA-1-91-11299} | {875-MA-1-91-11300} | {875-MA-1-91-11331} |
| {875-MA-1-91-11332} | {875-MA-1-91-11333} | {875-MA-1-91-11345} | {875-MA-1-91-11346} | {875-MA-1-91-11347} | {875-MA-1-91-11348} |
| {875-MA-1-91-11349} | {875-MA-1-91-11350} | {875-MA-1-91-11351} | {875-MA-1-91-11352} | {875-MA-1-91-11353} | {875-MA-1-91-11354} |
| {875-MA-1-91-11355} | {875-MA-1-91-11356} | {875-MA-1-91-1135[illegible]} | {875-MA-1-91-11358} | {875-MA-1-91-11359} | {875-MA-1-91-11389} |
| {875-MA-1-91-11390} | {875-MA-1-91-11391} | {875-MA-1-91-1[illegible]392} | {875-MA-1-91-11393} | {875-MA-1-91-11394} | {875-MA-1-91-11395} |
| {875-MA-1-91-11396} | {875-MA-1-91-11424} | {875-MA-1-91-1142[illegible]} | {875-MA-1-91-11426} | {875-MA-1-91-11427} | {875-MA-1-91-11428} |
| {875-MA-1-91-11429} | {875-MA-1-91-11430} | {875-MA-1-91-11431} | {875-MA-1-91-11432} | {875-MA-1-91-11433} | {875-MA-1-91-11434} |
| {875-MA-1-91-11435} | {875-MA-1-91-11436} | {875-MA-1-91-11437} | {875-MA-1-91-11438} | {875-MA-1-91-11439} | {875-MA-1-91-11440} |
| {875-MA-1-91-11441} | {875-MA-1-91-11442} | {875-MA-1-91-11445} | {875-MA-1-91-11870} | {875-MA-1-91-12381} | {875-MA-1-92-10065} |
| {875-MA-1-92-10794} | {875-MA-1-92-109[illegible]7} | {875-MA-1-92-10918} | {875-ME-1-99-18[illegible]} | {875-ME-2-96-325} | {875-ME-2-99-327} |
| {875-MIE-2-88-74158} | {875-MIE-2-9[illegible]-76542} | {875-MIE-2-97-288} | {875-MOE-4-91-2197} | {875-NCE-4-92-15} | {875-NCE-4-95-14} |
| {875-NCE-5-90-630} | {875-NCE-[illegible]-93-760} | {875-NCM-2-91-356} | {875-NCW-3-97-152} | {875-ND-1-89-98} | {875-ND-1-89-99} |
| {875-ND-1-89-100} | {875-ND-1-89-101} | {875-ND-1-89-102} | {875-ND-1-89-146} | {875-NH-1-85-448} | {875-NH-1-85-719} |
| {875-NM-1-89-1246} | {875-NV-2-98-1811} | {875-NV-2-99-837} | {875-NYN-1-87-602} | {875-NYN-1-8[illegible]-514} | {875-NYS-1-98-3440} |
| {875-OHN-1-88-701} | {875-OHN-1-94-10474} | {875-OHN-1-94-10784} | {875-OHN-1-94-10921} | {875-PAE-2-88-55[illegible]} | {875-PAE-2-88-5701} |
| {875-PAE-2-88-5898} | {875-PAE-2-88-7677} | {875-PAE-2-89-1713} | {875-PAE-2-89-2081} | {875-PAE-2-90-6421} | {875-PAE-2-90-6477} |
| {875-PAE-2-90-72[illegible]9} | {875-PAE-2-91-1596} | {875-PAE-2-91-3800} | {875-PAE-2-91-5269} | {875-PAE-2-91-7870} | {875-PAE-2-92-530} |
| {875-PAE-2-92-[illegible]739} | {875-PAE-2-92-2065} | {875-PAE-2-92-2189} | {875-PAE-2-92-3288} | {875-PAE-2-92-3999} | {875-PAE-2-94-7498} |
| {875-PAE-2-95-992} | {875-PAE-2-95-1071} | {875-PAE-2-95-1072} | {875-PAE-2-95-1157} | {875-PAE-2-95-1996} | {875-PAE-2-95-2275} |
| {875-PAE-2-95-2314} | {875-PAE-2-95-2315} | {875-PAE-2-95-2316} | {875-PAE-2-95-2317} | {875-PAE-2-95-2362} | {875-PAE-2-95-2364} |
| {875-PAE-2-95-2366} | {875-PAE-2-95-2368} | {875-PAE-2-95-2369} | {875-PAE-2-95-2370} | {875-PAE-2-95-2371} | {875-PAE-2-95-[illegible]50} |
| {875-PAW-2-99-1755} | {875-WIE-2-99-1031} | {875-WIW-3-98-547} | {875-WVN-1-89-3} | {875-WVN-1-89-10} | {875-WVN-1-89-11} |
| {875-WVN-1-89-12} | {875-WVN-1-89-13} | {875-WVN-1-96-91} | {875-WVS-3-88-1035} | {875-WVS-3-88-1643} | |

NOTE: The civil actions listed are from ALL FILED litigations in CMS and reflect the date on which the report was run.
Cases enclosed in brackets {} signify either a closed case or a case in which the selected individual has been dismissed.