IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WILLIAM DAVIS, et al. | * | |
| Plaintiffs | * | |
| v. | * | BML No. 4 |
| | | Case No. 1:96-cv-00753 |
| ACandS, INC., et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF SUGGESTION OF PENDENCY OF**
**BANKRUPTCY AND AUTOMATIC STAY OF PROCEEDINGS**

PLEASE TAKE NOTICE THAT, on February 23, 2004 (the "Petition Date"), Oglebay Norton Co., named defendant as Ferro Engineering, a Division of Oglebay Norton Co. in the above-captioned action (the "Defendant"), and certain of its affiliates (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1330 (the "Bankruptcy Code"), in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). As indicated by the Bankruptcy Court's order attached hereto as Exhibit A and incorporated herein by reference, the Debtors' chapter 11 cases are pending before the Honorable Joel B. Rosenthal are being jointly administered by the Bankruptcy Court under Case No. 04-10558 (JBR).

PLEASE TAKE FURTHER NOTICE THAT, in accordance with the automatic stay imposed by section 362 of the Bankruptcy Code, from and after the Petition Date no cause of action arising prior to the Petition Date or relating to the period prior to the Petition Date may be commenced or prosecuted against the Debtors, and no related judgment may be entered or enforced against the Debtors, outside of the Bankruptcy Court without the Bankruptcy Court first issuing an order lifting or modifying the automatic stay. Accordingly, the above-captioned

CLI-1164189v1

action may not be prosecuted, and no valid judgment may be entered or enforced, against the Defendant.

Dated: February 26, 2004

                    FERRO ENGINEERING

                By:  /s/Jon W. Brassel
                      Jon W. Brassel


                    /s/Alexander J. May
                    Alexander J. May
                    BRASSEL & BALDWIN, P.A.
                    112 West Street
                    Annapolis, Maryland 21401
                    (410) 216-7900

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 26th day of February, 2004, a copy of the foregoing was electronically filed and served on all parties in the same manner.

                    /s/Alexander J. May
                    Alexander J. May

**EXHIBIT A**

CLI-1164189v1