UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| ONCO INVESTMENT COMPANY, | : | |
| a Delaware corporation, | : | Jointly Administered |
| | : | Case No. 04-10558 (JBR) |
| Debtor. | : | |
| | : | |
| Employer Tax I.D. No. 34-1888339 | : | |
| In re: | : | |
| | : | Chapter 11 |
| OGLEBAY NORTON COMPANY, | : | |
| an Ohio corporation, | : | Jointly Administered |
| | : | Case No. 04-10559 (JBR) |
| Debtor. | : | |
| | : | |
| Employer Tax I.D. No. 34-1888342 | : | |
| In re: | : | |
| | : | Chapter 11 |
| ERIE NAVIGATION COMPANY, | : | |
| a Pennsylvania corporation, | : | Jointly Administered |
| | : | Case No. 04-10560 (JBR) |
| Debtor. | : | |
| | : | |
| Employer Tax I.D. No. 25-0949841 | : | |
| In re: | : | |
| | : | Chapter 11 |
| ERIE SAND STEAMSHIP COMPANY, | : | |
| a Delaware corporation, | : | Jointly Administered |
| | : | Case No. 04-10562 (JBR) |
| Debtor. | : | |
| | : | |
| Employer Tax I.D. No. 25-0466475 | : | |

CLI-1107195v6

2-23-04
#25

| | |
|---|---|
| In re:<br><br>ERIE SAND AND GRAVEL COMPANY, a Pennsylvania corporation,<br><br>                Debtor.<br><br>Employer Tax I.D. No. 25-0466470 | Chapter 11<br><br>Jointly Administered<br>Case No. 04-10561 (JBR) |
| In re:<br><br>GS LIME COMPANY, a Georgia corporation,<br><br>                Debtor.<br><br>Employer Tax I.D. No. 20-0407936 | Chapter 11<br><br>Jointly Administered<br>Case No. 04-10572 (JBR) |
| In re:<br><br>GS PC, INC., a Delaware corporation,<br><br>                Debtor.<br><br>Employer Tax I.D. No. 52-2208424 | Chapter 11<br><br>Jointly Administered<br>Case No. 04-10573 (JBR) |
| In re:<br><br>GLOBAL STONE CHEMSTONE CORPORATION, a Delaware corporation,<br><br>                Debtor.<br><br>Employer Tax I.D. No. 54-1284052 | Chapter 11<br><br>Jointly Administered<br>Case No. 04-10563 (JBR) |
| In re:<br><br>GLOBAL STONE CORPORATION, an Ohio corporation,<br><br>                Debtor.<br><br>Employer Tax I.D. No. 34-1876188 | Chapter 11<br><br>Jointly Administered<br>Case No. 04-10564 (JBR) |

| | |
|---|---|
| In re:<br><br>**GLOBAL STONE FILLER PRODUCTS, INC.,** a Delaware corporation,<br><br>                Debtor.<br><br>Employer Tax I.D. No. 52-2114442 | Chapter 11<br><br>Jointly Administered<br>Case No. 04-10565 (JBR) |
| In re:<br><br>**GLOBAL STONE JAMES RIVER, INC.,** a Delaware corporation,<br><br>                Debtor.<br><br>Employer Tax I.D. No. 52-2151061 | Chapter 11<br><br>Jointly Administered<br>Case No. 04-10566 (JBR) |
| In re:<br><br>**GLOBAL STONE MANAGEMENT COMPANY,** a Georgia corporation,<br><br>                Debtor.<br><br>Employer Tax I.D. No. 34-1931102 | Chapter 11<br><br>Jointly Administered<br>Case No. 04-10567 (JBR) |
| In re:<br><br>**GLOBAL STONE PENROC, LP,** a Pennsylvania limited partnership,<br><br>                Debtor.<br><br>Employer Tax I.D. No. 23-3023031 | Chapter 11<br><br>Jointly Administered<br>Case No. 04-10568 (JBR) |
| In re:<br><br>**GLOBAL STONE PORTAGE, LLC,** an Indiana limited liability company,<br><br>                Debtor.<br><br>Employer Tax I.D. No. 34-1927635 | Chapter 11<br><br>Jointly Administered<br>Case No. 04-10569 (JBR) |

| | |
|---|---|
| In re:<br><br>**GLOBAL STONE ST. CLAIR, INC.,**<br>a Delaware corporation,<br><br>      Debtor.<br><br>Employer Tax I.D. No. 73-1483284 | Chapter 11<br><br>Jointly Administered<br>Case No. 04-10570 (JBR) |
| In re:<br><br>**GLOBAL STONE TENN LUTTRELL COMPANY,** a Delaware corporation,<br><br>      Debtor.<br><br>Employer Tax I.D. No. 23-2054534 | Chapter 11<br><br>Jointly Administered<br>Case No. 04-10571 (JBR) |
| In re:<br><br>**MICHIGAN LIMESTONE OPERATIONS, INC.,** a Michigan corporation,<br><br>      Debtor.<br><br>Employer Tax I.D. No. 38-3404630 | Chapter 11<br><br>Jointly Administered<br>Case No. 04-10574 (JBR) |
| In re:<br><br>**MOUNTFORT TERMINAL LTD.,**<br>a Pennsylvania corporation,<br><br>      Debtor.<br><br>Employer Tax I.D. No. 25-1723033 | Chapter 11<br><br>Jointly Administered<br>Case No. 04-10575 (JBR) |
| In re:<br><br>**ON MARINE SERVICES COMPANY,**<br>a Delaware corporation,<br><br>      Debtor.<br><br>Employer Tax I.D. No. 34-0158970 | Chapter 11<br><br>Jointly Administered<br>Case No. 04-10585 (JBR) |

| | |
|---|---|
| In re:<br><br>ONMS MANAGEMENT COMPANY, LLC, a Delaware limited liability company,<br><br>                 Debtor.<br><br>Employer Tax I.D. No. 20-0424437 | Chapter 11<br><br>Jointly Administered<br>Case No. 04-10587 (JBR) |
| In re:<br><br>ONTEX, INC., a Delaware corporation,<br><br>                 Debtor.<br><br>Employer Tax I.D. No. 51-0379828 | Chapter 11<br><br>Jointly Administered<br>Case No. 04-10688 (JBR) |
| In re:<br><br>OGLEBAY NORTON ENGINEERED MATERIALS, INC., an Ohio corporation,<br><br>                 Debtor.<br><br>Employer Tax I.D. No. 34-1385659 | Chapter 11<br><br>Jointly Administered<br>Case No. 04-10576 (JBR) |
| In re:<br><br>OGLEBAY NORTON INDUSTRIAL SANDS, INC., a California corporation,<br><br>                 Debtor.<br><br>Employer Tax I.D. No. 33-0051164 | Chapter 11<br><br>Jointly Administered<br>Case No. 04-10577 (JBR) |

| | |
|---|---|
| In re:<br><br>**OGLEBAY NORTON MANAGEMENT COMPANY**, an Ohio corporation,<br><br>　　　　　　Debtor.<br><br>Employer Tax I.D. No. 34-1863940 | Chapter 11<br><br>Jointly Administered<br>Case No. 04-10578 (JBR) |
| In re:<br><br>**OGLEBAY NORTON MARINE MANAGEMENT COMPANY, L.L.C.**, a Delaware limited liability company,<br><br>　　　　　　Debtor.<br><br>Employer Tax I.D. No. 34-1970172 | Chapter 11<br><br>Jointly Administered<br>Case No. 04-10579 (JBR) |
| In re:<br><br>**OGLEBAY NORTON MARINE SERVICES COMPANY, L.L.C.**, a Delaware limited liability company,<br><br>　　　　　　Debtor.<br><br>Employer Tax I.D. No. 34-1890275 | Chapter 11<br><br>Jointly Administered<br>Case No. 04-10580 (JBR) |
| In re:<br><br>**OGLEBAY NORTON MINERALS, INC.**, a Delaware corporation,<br><br>　　　　　　Debtor.<br><br>Employer Tax I.D. No. 34-1892355 | Chapter 11<br><br>Jointly Administered<br>Case No. 04-10581 (JBR) |

| | |
|---|---|
| In re: | Chapter 11 |
| OGLEBAY NORTON SPECIALTY MINERALS, INC., an Ohio corporation, | Jointly Administered Case No. 04-10582 (JBR) |
| Debtor. | |
| Employer Tax I.D. No. 34-1861207 | |
| In re: | Chapter 11 |
| OGLEBAY NORTON TERMINALS, INC., an Ohio corporation, | Jointly Administered Case No. 04-10583 (JBR) |
| Debtor. | |
| Employer Tax I.D. No. 34-1313796 | |
| In re: | Chapter 11 |
| ON COAST PETROLEUM COMPANY, a Texas corporation, | Jointly Administered Case No. 04-10584 (JBR) |
| Debtor. | |
| Employer Tax I.D. No. 34-1202821 | |
| In re: | Chapter 11 |
| ONCO WVA, INC., a West Virginia corporation, | Jointly Administered Case No. 04-10526 (JBR) |
| Debtor. | |
| Employer Tax I.D. No. 55-0728974 | |

| | |
|---|---|
| In re: | : |
| | :    Chapter 11 |
| SAGINAW MINING COMPANY, | : |
| an Ohio corporation, | :    Jointly Administered |
| | :    Case No. 04-10589 (JBR) |
|               Debtor. | : |
| | : |
| Employer Tax I.D. No. 34-1148947 | : |
| In re: | : |
| | :    Chapter 11 |
| TEXAS MINING, LP, a Delaware | : |
| limited partnership, | :    Jointly Administered |
| | :    Case No. 04-10590 (JBR) |
|               Debtor. | : |
| | : |
| Employer Tax I.D. No. 75-2753902 | : |

## ORDER DIRECTING JOINT
## ADMINISTRATION OF RELATED CHAPTER 11 CASES

This matter coming before the Court on the Motion of Debtors and Debtors in Possession for an Order Directing Joint Administration of Related Chapter 11 Cases (the "Motion"), filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors"); the Court having reviewed the Motion and having heard the statements of counsel regarding the relief requested in the Motion at a hearing before the Court (the "Hearing"); the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (c) notice of the Motion and the Hearing was sufficient under the circumstances, (d) the Debtors are "affiliates" within the meaning of section 101(2) of the Bankruptcy Code, 11 U.S.C. § 101(2) and (e) the joint administration of the Debtors' chapter 11 cases is appropriate pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1.  The Motion is GRANTED.

2.  The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered under Case No. [04-*10558 (JBR)*], pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1.

3. Pleadings in these cases are authorized and required to bear a consolidated caption in the form set forth on Annex 1 attached hereto and incorporated herein by reference, which caption is approved in all respects.

4. The Clerk of the Court shall maintain one file and one docket for all of these jointly administered cases, which file and docket for each respective chapter 11 case shall be the file and docket for Debtor ONCO Investment Company (the "Lead Case").

5. A docket entry shall be made in each of the above-captioned cases (other than the Lead Case) substantially as follows:

"An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of ONCO INVESTMENT COMPANY, a Delaware corporation, et al. The docket in Case No. [04-*10558 (JBR)*] should be consulted for all matters affecting these cases."

6. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the above-captioned chapter 11 cases.

Dated: *2/23*, 2004

*Joel B. Rosenthal*
UNITED STATES BANKRUPTCY JUDGE

CLI-1107195v6

-10-

# ANNEX 1

CLI-1107195v6

[FORM OF CAPTION]

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| ONCO INVESTMENT COMPANY, | : | |
| a Delaware corporation, et al., | : | Jointly Administered |
| | : | Case No. 04-_____ (_____) |
| Debtors. | : | |

[TITLE OF PLEADING OR OTHER DOCUMENT]

CLI-1107195v6