IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MD-1

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (No. VI)

This Document Relates To:          :     CIVIL ACTION NO.  MDL 875
Congoleum Co.
  Bankrupt Defendant
                                   :     96-753

  ALL ACTIONS                      :
(See attached schedule
  for case list)                   :                          MAY 27 2005

## ORDER OF DISMISSAL

DEFENDANT, Congoleum Co. having declared bankruptcy during the pendency of the asbestos products liability litigation, and having numerous pending actions against it in MDL 875, IS HEREBY DISMISSED, WITHOUT PREJUDICE, from all pending MDL 875 actions; the applicable statutes of limitations ARE TOLLED, and the plaintiffs are entitled to request reinstatement from this Court at a further date should circumstances so warrant.

BY THE COURT

Date: 5/23/05

Charles R. Weiner, Judge

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED:
ATTEST:
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

SCANNED

**Civil Action(s)**

-- **MDL 875** --
CAN-3-01-869
ILN-1-99-8517
INS-2-01-10
MD-1-96-753
NCE-5-03-507
NYE-1-02-1247

**REPORT FILTERS**

MDL Docket 875 - Asbestos PL (No. VI)
Limited To : Active Involvement

The actions listed on this report are limited to Only those actions that have been transferred to the transferee district.